**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

James Pasnik and Amanda Pasnik, Respondents,

v.

Amanda Edwards and Brandon Christmas, Defendants,

Of whom Brandon Christmas is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2019-000946

---

Appeal From Horry County
Melissa J. Buckhannon, Family Court Judge

---

Unpublished Opinion No. 2020-UP-259
Submitted August 20, 2020 – Filed August 31, 2020

---

**AFFIRMED**

---

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellants.

Carolyn R. Hills and Jennifer Darrow Hills, both of Hills & Hills, PC, of Myrtle Beach; and Megan Catherine Hunt Dell, of Dell Family Law, P.C., of Charleston, all for Respondents.

Deborah B. Dantzler, of Conway, for the Guardian ad Litem for the child.

Barbara Wilson Pratt, of Conway, for the Guardian ad Litem for the appellant.

---

**PER CURIAM:** James Pasnik appeals from the family court's final orders terminating his parental rights to his minor child and granting adoption to his minor child's maternal grandparents. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Father's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.